[No. 6681–9–III. Division Three. March 11, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT M. HEBB, *Appellant.*

Appeal from a judgment of the Superior Court for Asotin County, No. 17494, Jay R. Jones, J., entered July 20, 1984. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.

[No. 7258–4–III. Division Three. March 11, 1986.]

HARRY N. WALTERS, *Respondent,* v. CARMEN PARISI, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Benton County, No. 84–2–01089–1, Robert S. Day, J., entered December 6, 1984. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.

[No. 7416–8–II. Division Two. March 13, 1986.]

WILLIAM L. FLOWERS, ET AL, *Respondents,* v. SUK CHA PAK, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 81–2–03290–2, Leonard W. Kruse, J., entered October 31, 1983. *Reversed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Reed, J.